**AMARO | BALDWIN LLP**
Michael L. Amaro, Esq. (Bar No. 109514)
Rudie D. Baldwin, Esq. (Bar No. 245218)
180 E. Ocean Blvd., Suite 850
Long Beach, California 90802
Telephone: (562) 912-4157
mamaro@amarolawyers.com
rbaldwin@amarolawyers.com
SPRO0004

Attorneys for Defendant,
SF MARKETS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HAMID MOTTAGHINEJAD, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET, INC.; SF MARKETS, LLC; AND DOES 1-50 INCLUSIVE,<br><br>    Defendants. | CASE NO. 2:19-cv-05437<br><br>**NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 U.S. CODE §§ 1441 and 1446 (DIVERSITY); DEMAND FOR JURY TRIAL; DECLARATION OF RUDIE D. BALDWIN**<br><br>Complaint Filed: April 24, 2019 |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION:**

PLEASE TAKE NOTICE that Defendant, SF MARKETS, LLC dba SPROUTS FARMERS MARKET (*erroneously sued herein as "*SPROUTS FARMERS MARKET, INC.*"*) ("Defendant") hereby removes the above entitled action to the United States District Court for the Central District of California, Western Division, pursuant to 28 U.S. Code §§ 1441 and 1446. As grounds for removal, Defendant respectfully states:

# BACKGROUND

1. On or about April 24, 2019, Plaintiff, HAMID MOTTAGHINEJAD ("Plaintiff") commenced a civil action in the Superior Court of the State of California for the County of Los Angeles, captioned *Hamid Mottaghinejad v. Sprouts Farmers Market, Inc., et al.* Case No. 19STCV14391 (the "State Court Action"). A true and accurate copy of Plaintiff's Complaint in the State Court Action is attached hereto as **Exhibit "A"**.

2. The Complaint was served on Defendant's Agent for Service of Process May 9, 2019. A copy of the Service of Process Transmittal, from Corporation Service Company (agent for service of process), setting forth the service date, is attached hereto as **Exhibit "B"**.

3. On May 24, 2019, counsel for Defendant and counsel for Plaintiffs reached a stipulation to extend Defendant's time to file a responsive pleading to June 21, 2019 (as authorized by California Rules of Court, Rule 3.110 (d): "Timing of responsive pleadings: The parties may stipulate without leave of court to one 15-day extension beyond the 30-day time period prescribed for the response after service of the initial complaint."). A copy of the correspondence confirming the stipulation extending Defendant's time to file a responsive pleading is attached hereto as **Exhibit "C".**

4. Defendant files this Notice of Removal of a Civil Action within the time period it could file an Answer as a matter of right, and as a result, the removal proceedings are timely. Hansford v. Stone-Ordean-Wells Co. (D.C. Mont. 1912) 201 Fed. 185. Accordingly, this Notice is timely filed in compliance with the requirements of 28 U.S.C. Sections 1441 (b), 1446 (b).

5. Defendant has not pled, answered, or otherwise appeared in the State Court Action.

AMARO | BALDWIN LLP

**DEFENDANT, SF MARKETS, LLC'S NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT**

## JURISDICTION

6. This matter is removed to the United States District Court for the Central District of California, Western Division, on the grounds that there is complete diversity of citizenship between Plaintiff on the one hand, and Defendant on the other hand, and the amount in controversy exceeds $75,000. The facts supporting jurisdiction are as follows:

## DIVERSITY OF CITIZENSHIP

7. Plaintiff is an individual, residing in the State of California. (*see* **Exhibit "A"**, Complaint, Paragraph 1, Page 1).

8. The Complaint erroneously named "SPROUTS FARMERS MARKET, INC." as a defendant. The correct legal entity of the only proper entity is is SF MARKETS, LLC dba SPROUTS FARMERS MARKET

9. Defendant, SF MARKETS, LLC (erroneously sued as "*SPROUTS FARMERS MARKET, INC.*") was, and currently is, incorporated in the State of Delaware (*see* Declaration of Rudie D. Baldwin, and **Exhibit "D",** California Secretary of State, Business Entity Detail, which shows that Defendant, SF MARKETS, LLC is incorporated in the State of Delaware). Defendant, SF MARKETS, LLC's principal place of business is in Phoenix, Arizona. The Corporate Office of Defendant is located at 5455 E. High St, Ste 111, Phoenix, Arizona, 85054.

10. Accordingly, Defendant is not a citizen of the State of California, where the action was brought, and the citizenship of all defendants is diverse from that of Plaintiff.

11. The underlying state court action is a civil action which arises from a personal injury damage claim, wherein Plaintiff claims that he fell at the Sprouts Farmers Market, in Thousand Oaks, (County of Los Angeles), California, on June 5, 2018, (*see* **Exhibit "A"**, Complaint, Paragraph 7, Page 2).

12.     Plaintiff, HAMID MOTTAHJINEJAD, claims that he suffered a severe injury that requires future medical care as a result of a fall. In addition, Plaintiff also claims to have sustained shock and injury to his nervous system and person, causing Plaintiff great mental, physical, and nervous pain and suffering. Plaintiff's counsel has represented that the amount in controversy likely exceeds $75,000. See **Exhibit "C"**. As such, the amount in controversy exceeds the sum of Seventy Five Thousand Dollars ($75,000).

13. No proceedings have taken place in the State Court to which Defendant had notice.

14. Plaintiff served discovery in the State Court action, however, responses have not been served because they are not due until June 25, 2019.

15. Neither answers nor other responsive pleadings have been filed in the State Court action.

16.     The underlying State Court action is one in which this Court has original jurisdiction under the provisions of 28 U.S. Code § 1332, and is one which may be removed to this Court by Defendant, pursuant to the provisions of 28 U.S. Code §§ 1441 and 1446, in that it is a civil action wherein the amount in controversy exceeds the sum of Seventy Five Thousand Dollars ($75,000), exclusive of interest and costs, and is between entities of different states.

## AMOUNT IN CONTROVERSY

17.     As stated above, Plaintiffs' counsel has represented that the amount in controversy likely exceeds $75,000. See **Exhibit "C"**.

## NOTICE

18.     Pursuant to 28 U.S. Code § 1446 (d), proper notice will be given to Plaintiff herein, by and through counsel of record, and to the Clerk of the Superior Court of Los Angeles, which will be filed in that Court. A true and correct copy of such notice is attached as **Exhibit "E"**.

## **DEMAND FOR JURY TRIAL**

19.    Pursuant to the Seventh Amendment to the United States Constitution and Rule 38(b) of the Federal Rules of Civil Procedure, Defendant, SF MARKETS, LLC hereby respectfully demands a trial by jury.

DATED: June 20, 2019                               AMARO | BALDWIN

By:_____
RUDIE D. BALDWIN
Attorneys for Defendant,
SF MARKETS, LLC

# DECLARATION OF RUDIE D. BALDWIN

I, RUDIE D. BALDWIN, declare:

I am an attorney, duly licensed to practice law in all the courts of the State of California, and am a partner in the law firm of Amaro | Baldwin LLP, attorneys of record for Defendant, SF MARKETS, LLC ("Defendant"). As such, I have personal knowledge of the files and pleadings in this matter, as well as the facts stated below. If called upon as a witness, I could and would competently testify as follows:

## BACKGROUND

1. On or about April 24, 2019, Plaintiff, HAMID MOTTAGHINEJAD ("Plaintiff") commenced a civil action in the Superior Court of the State of California for the County of Los Angeles, captioned *Hamid Mottaghinejad v. Sprouts Farmers Market, Inc., et al.* Case No. 19STCV14391 (the "State Court Action"). A true and accurate copy of Plaintiff's Complaint in the State Court Action is attached hereto as **Exhibit "A"**.

2. The Complaint was served on Defendant's Agent for Service of Process May 9, 2019. A copy of the Service of Process Transmittal, from Corporation Service Company (agent for service of process), setting forth the service date, is attached hereto as **Exhibit "B".**

3. On May 24, 2019, counsel for Defendant and counsel for Plaintiffs reached a stipulation to extend Defendant's time to file a responsive pleading to June 21, 2019 (as authorized by California Rules of Court, Rule 3.110 (d): "Timing of responsive pleadings: The parties may stipulate without leave of court to one 15-day extension beyond the 30-day time period prescribed for the response after service of the initial complaint."). A copy of the correspondence confirming the stipulation extending Defendant's time to file a responsive pleading is attached hereto as **Exhibit "C".**

4. Defendant files this Notice of Removal of a Civil Action within the time period it could file an Answer as a matter of right, and as a result, the removal proceedings are timely. Hansford v. Stone-Ordean-Wells Co. (D.C. Mont. 1912) 201 Fed. 185. Accordingly, this Notice is timely filed in compliance with the requirements of 28 U.S.C. Sections 1441 (b), 1446 (b).

5. Defendant has not pled, answered, or otherwise appeared in the State Court Action.

## JURISDICTION

6. This matter is removed to the United States District Court for the Central District of California, Western Division, on the grounds that there is complete diversity of citizenship between Plaintiff on the one hand, and Defendant on the other hand, and the amount in controversy exceeds $75,000. The facts supporting jurisdiction are as follows:

## DIVERSITY OF CITIZENSHIP

7. Plaintiff is an individual, residing in the State of California. (*see* **Exhibit "A"**, Complaint, Paragraph 1, Page 1).

8. The Complaint erroneously named "SPROUTS FARMERS MARKET, INC." as a defendant. The correct legal entity of the only proper entity is is SF MARKETS, LLC dba SPROUTS FARMERS MARKET

9. Defendant, SF MARKETS, LLC (erroneously sued as "*SPROUTS FARMERS MARKET, INC.*") was, and currently is, incorporated in the State of Delaware (*see* Declaration of Rudie D. Baldwin, and **Exhibit "D",** California Secretary of State, Business Entity Detail, which shows that Defendant, SF MARKETS, LLC is incorporated in the State of Delaware). Defendant, SF MARKETS, LLC's principal place of business is in Phoenix, Arizona. The Corporate Office of Defendant is located at 5455 E. High St, Ste 111, Phoenix, Arizona, 85054.

10. Accordingly, Defendant is not a citizen of the State of California, where the action was brought, and the citizenship of all defendants is diverse from that of Plaintiff.

11. The underlying state court action is a civil action which arises from a personal injury damage claim, wherein Plaintiff claims that he fell at the Sprouts Farmers Market, in Thousand Oaks, (County of Los Angeles), California, on June 5, 2018, (*see* **Exhibit "A"**, Complaint, Paragraph 7, Page 2).

12. Plaintiff, HAMID MOTTAHJINEJAD, claims that he suffered a severe injury that requires future medical care as a result of a fall. In addition, Plaintiff also claims to have sustained shock and injury to his nervous system and person, causing Plaintiff great mental, physical, and nervous pain and suffering. Plaintiff's counsel has represented that the amount in controversy likely exceeds $75,000. See **Exhibit "C"**. As such, the amount in controversy exceeds the sum of Seventy Five Thousand Dollars ($75,000).

13. No proceedings have taken place in the State Court to which Defendant had notice.

14. Plaintiff served discovery in the State Court action, however, responses have not been served because they are not due until June 25, 2019.

15. Neither answers nor other responsive pleadings have been filed in the State Court action.

16. The underlying State Court action is one in which this Court has original jurisdiction under the provisions of 28 U.S. Code § 1332, and is one which may be removed to this Court by Defendant, pursuant to the provisions of 28 U.S. Code §§ 1441 and 1446, in that it is a civil action wherein the amount in controversy exceeds the sum of Seventy Five Thousand Dollars ($75,000), exclusive of interest and costs, and is between entities of different states.

## AMOUNT IN CONTROVERSY

17. As stated above, Plaintiffs' counsel has represented that the amount in controversy likely exceeds $75,000. See **Exhibit "C"**.

## NOTICE

18. Pursuant to 28 U.S. Code § 1446 (d), proper notice will be given to Plaintiff herein, by and through counsel of record, and to the Clerk of the Superior Court of Los Angeles, which will be filed in that Court. A true and correct copy of such notice is attached as **Exhibit "E"**.

## DEMAND FOR JURY TRIAL

19. Pursuant to the Seventh Amendment to the United States Constitution and Rule 38(b) of the Federal Rules of Civil Procedure, Defendant, SF MARKETS, LLC hereby respectfully demands a trial by jury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on June 21, 2019, at Long Beach, California.

RUDIE D. BALDWIN, Declarant