**EXHIBIT "A"**

Electronically FILED by Superior Court of California, County of Los Angeles on 04/24/2019 05:17 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Clifton, Deputy Clerk
19STCV14391

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

SPROUTS FARMERS MARKET, INC.; SF MARKETS, LLC; AND DOES 1-50 INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

HAMID MOTTAGHINEJAD

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):* SUPERIOR COURT OF CALIFORNIA

**CASE NUMBER:**
*(Número del Caso):*
19STCV14391

111 N. Hill Street
Los Angeles, CA 90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
David Azizi, Esq., 3435 Wilshire Blvd., Ste. 1800, Los Angeles, CA 90010; (310) 284-9600

DATE: 04/24/2019
(Fecha)

Sherri R. Carter Executive Officer / Clerk of Court
Clerk, by Romunda Clifton, Deputy
(Secretario) (Adjunto)

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* SF Markets
   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☒ other *(specify):* LLC
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Electronically FILED by Superior Court of California, County of Los Angeles on 04/24/2019 05:32 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Clifton, Deputy Clerk
19STCV14391

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Laura Seigle

David Azizi, Esq. (SBN 198803)
Arthur Djougourian, Esq. (SBN 320493)
LAW OFFICES OF DAVID AZIZI
3435 Wilshire Blvd. #1800
Los Angeles, CA. 90010
Tel: (310) 284-9600  Fax:(888) 400-8944

Attorney for Plaintiff

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| HAMID MOTTAGHINEJAD, | CASE NO.: |
| Plaintiff, | COMPLAINT FOR DAMAGES |
| v. | 1. NEGLIGENCE; and<br>2. PREMISES LIABILITY |
| SPROUTS FARMERS MARKET, INC.;<br>SF MARKETS, LLC; AND DOES 1-50<br>INCLUSIVE | |
| Defendants. | |

Plaintiff, HAMID MOTTAGHINEJAD, alleges:

### GENERAL ALLEGATIONS

1. Plaintiff, HAMID MOTTAGHINEJAD is a resident of the County of Los Angeles, State of California.

2. Defendant, SPROUTS FARMERS MARKET, INC., is, and at all times mentioned was, a Corporation, duly organized and existing under the laws of the State of California.

///
///
///

1.
COMPLAINT FOR DAMAGES

3. Defendant, SF MARKETS, LLC, and at all times mentioned was, a Limited Liability Company, duly organized and existing under the laws of the State of California.

4. Plaintiff is ignorant of the true names and capacities of the Defendants sued herein as DOES 1 through 50, Inclusive, and therefore sues these Defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when the same have been ascertained. Plaintiff is informed and believes and thereon alleges that each of the said fictitiously named Defendants are responsible in some manner for the occurrence herein alleged, and that Plaintiff's injuries herein alleged were proximately caused by their acts.

5. Plaintiff is informed and believes and thereon alleges that at all times mentioned herein, each of the Defendants sued herein as Does 1 to 50, inclusive, were the agents and/or employees of each of the remaining Defendants and were at all times acting within the purpose and scope of such agency and employment.

6. Defendants invited the general public, including Plaintiff, to enter their premises.

7. On or about June 5, 2018, Plaintiff was lawfully on Defendants' premises, located at 1012 S. Wetlake Blvd., Thousand Oaks, CA 91361, for the mutual benefit of Plaintiff and the Defendants. At such time and place, Defendants allowed a dangerous condition, a slippery substance present on their common-area floor, to remain on their property resulting in injury to Plaintiff. Additionally, Defendants SPROUTS FARMERS MARKET, INC. and SF MARKETS, LLC's employees had been negligently trained, maintained and supervised contributing to the cause of the subject accident.

///
///

2.
COMPLAINT FOR DAMAGES

## FIRST CAUSE OF ACTION
## (NEGLIGENCE)

8. Plaintiff realleges and incorporates by reference all of the allegations contained in the preceding paragraphs of this Complaint as though fully set forth herein.

9. On or about June 5, 2018, Defendants SPROUTS FARMERS MARKET, INC.; SF MARKETS, LLC and Does 1-50 Inclusive, owned, managed, maintained, inspected, constructed, designed and controlled the aforementioned property, and notwithstanding said duty, allowed a dangerous condition, a slippery substance present on their common-area floor which Defendants knew about but did not repair, to be on their premises serving as a hazard, and further allowed said dangerous condition, a slippery substance present on their common-area floor, to remain in disrepair, notwithstanding the fact that Defendants knew or should have known that failure to remedy and/or repair the inherently dangerous condition would cause severe injuries and even deaths.

10. Furthermore, Defendants SPROUTS FARMERS MARKET, INC.; SF MARKETS, LLC and Does 1-50 Inclusive, designed, installed and/or maintained the subject dangerous condition. Defendants knew and/or should have known of the dangerous condition but failed to warn and/or repair, remedy the dangerous condition. The dangerous and defective condition posed as a hazard to the public when used with due care. Defendants and their employees failed to inspect, maintain and repair the subject dangerous condition.

11. Defendants SPROUTS FARMERS MARKET, INC.; SF MARKETS, LLC and Does 1-50 Inclusive, knew or should have known that there had been numerous prior incidents. Notwithstanding such knowledge by the Defendants, they took insufficient action to protect the public such as Plaintiff.

3.
COMPLAINT FOR DAMAGES

12. As a further proximate result of the subject dangerous condition, and the failure of the Defendants to inform Plaintiff of said condition and/or remedy the dangerous condition, Plaintiff was severely injured.

13. Plaintiff requires and will in the future, employ physicians and surgeons to examine, treat and care for Plaintiff, employ specially trained persons to supply care and service now and in the future, incur medical and incidental expenses for such care and services. The exact amount of such expense is unknown to Plaintiff at this time and Plaintiff will ask leave of Court to amend this Complaint to set forth the exact amount, including prejudgment interest, when the same has been ascertained.

## SECOND CAUSE OF ACTION
### (PREMISES LIABILITY)

14. Plaintiff realleges and incorporates by reference all of the allegations contained in the preceding paragraphs of this Complaint as though fully set forth herein.

15. On or about June 5, 2018, Defendants SPROUTS FARMERS MARKET, INC.; SF MARKETS, LLC and Does 1-50 Inclusive, owned, maintained, controlled, possessed, repaired, inspected, operated and managed the premises.

16. Defendants SPROUTS FARMERS MARKET, INC.; SF MARKETS, LLC and Does 1-50 Inclusive, owned, maintained, controlled, possessed, repaired, and inspected the subject property in such a negligent, careless and reckless manner so as to allow a dangerous condition, a slippery substance present on their common-area floor, remain on the property in a state of disrepair constituting as a dangerous condition.

4.
COMPLAINT FOR DAMAGES

17. Defendants SPROUTS FARMERS MARKET, INC.; SF MARKETS, LLC and Does 1-50 Inclusive knew about the dangerous condition of the subject property or, in the exercise of ordinary and reasonable care, should have been known in adequate time for a reasonable prudent person to have corrected the dangerous condition, or, to have properly warned persons, including Plaintiff of the dangerous condition.

18. As a proximate result of said negligence, recklessness and carelessness of the Defendants, Plaintiff sustained severe injuries due to a dangerous condition on the Defendants' property.

19. As a proximate result of said conduct of Defendants and each of them Plaintiff was severely injured in health, strength and activity, sustaining shock and injury to his nervous system and person, all of which said injuries have caused, and continue to cause, Plaintiff great mental, physical and nervous pain and suffering.

20. As a further proximate result of the subject dangerous condition, and the failure of the Defendants to inform Plaintiff of said condition and/or remedy the dangerous condition, Plaintiff was severely injured and as a result of the trauma from the subject incident.

21. Plaintiff requires and will in the future, employ physicians and surgeons to examine, treat and care for Plaintiff, employ specially trained persons to supply care and service now and in the future, incur medical and incidental expenses for such care and services. The exact amount of such expense is unknown to Plaintiff at this time and Plaintiff will ask leave of Court to amend this Complaint to set forth the exact amount, including prejudgment interest, when the same has been ascertained.

///
///

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. All general damages according to proof at time of trial;
2. All special damages, including all medical care, and treatment consequential and incidental expenses incurred, and all additional economic losses, according to proof at time of trial;
3. For prejudgment interest, as determined and accrued according to applicable statutes;
4. Costs of bringing this suit; and
5. Loss of earnings and earning capacity, as may be proven;
6. Such other and further relief as the Court deems just and proper.

DATED: April 23, 2019

LAW OFFICES OF DAVID AZIZI

By: _____
David Azizi, Esq.
Attorneys for Plaintiff

6.
COMPLAINT FOR DAMAGES