# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HAMID MOTTAGHINEJAD,<br><br>    Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET, INC.; SF MARKETS, LLC; AND DOES 1-50 INCLUSIVE,<br><br>    Defendants. | CASE NO. 2:19-cv-05437 CJC (MRWx)<br><br>(Assigned to District Judge Cormac J. Carney and Magistrate Judge Michael R. Wilner)<br><br>**ORDER RE CONFIDENTIALITY AGREEMENT AND STIPULATION**<br><br>Complaint Filed: April 24, 2019<br>Trial Date: None |

## ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves this Agreement and Stipulation.

**IT IS SO ORDERED.**

Dated: 10/15/2019

_____
THE HONORABLE MICHAEL R. WILNER