David Azizi, Esq. (SBN 198803)
LAW OFFICES OF DAVID AZIZI
3435 WILSHIRE BLVD., SUITE 1800
LOS ANGELES, CA 90010
Phone Number: (310) 284-9600
Fax Number: (888) 400-8944

Attorney for Plaintiff,

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| HAMID MOTTAGHINEJAD, | ) Case No.: 2:19–CV-05437 CJC (MRWx) |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| SPROUTS FARMERS MARKET, INC.; SF MARKETS, LLC; AND DOES 1-50 INCLUSIVE | ) |
| Defendants. | ) |

TO THE HONORABLE JUDGE AND ALL INTERESTED PARTIES HEREIN:

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their attorneys of record thereto that Defendant's Motion for Summary Judgment currently set for July 13, 2020 be continued to July 27, 2020.

WHEREAS the parties hereby stipulate that due to COVID 19 and scheduling conflicts with regard to setting deposition of Defendant's employees, Plaintiff's counsel

- 1 -

STIPULATION TO CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1  was only able to recently take some of Defendant's PMK depositions on June 12, 2020

2  and has additional PMK deposition scheduled to take place on June 19, 2020.

3

4      WHEREAS Plaintiff maintains that based on the currently scheduled Motion for

5  Summary Judgment hearing, Plaintiff's opposition would be due on June 22, 2020, and

6  Plaintiff's counsel would not have sufficient time to oppose the motion.

7

8      WHEREAS Plaintiff's counsel further reserves the right to file an Ex-Parte Motion

9  based on good cause to continue the summary judgment hearing past July 27, 2020, if

10 it is determined that additional time is necessary to file an opposition.

11

12     IT IS HEREBY FURTHER STIPULATED AND AGREED that a facsimile

13 signature will serve as an original signature.

14

15     IT IS SO STIPULATED.

16

17 DATED: June 16, 2020                    LAW OFFICES OF DAVID AZIZI

18

19                          BY: _____

20                              David Azizi, Esq.
                               Attorneys for Plaintiff
21                              HAMID MOTTAGHINEJAD

22

23 DATED: June 16, 2020                    AMARO | BALDWIN

24
                            By: _____
25                              RUDIE D. BALDWIN
                               Attorneys for Defendant,
26                              SF MARKETS, LLC

27

28

- 2 -
STIPULATION TO CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**PROOF OF SERVICE**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

  I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 3435 Wilshire Blvd. Suite 1800, Los Angeles, CA. 90010.

  On June 16, 2020, I served the forgoing document described as: **STIPULATION TO CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** on interested parties in this action by placing the true copy thereof in a enclosed sealed envelope addressed as follows:

    Michael L. Amaro, Esq. (SBN 109514)
    Rudie Baldwin, Esq. (SBN 245218)
    Amaro / Baldwin
    180 E. Ocean Blvd.  Suite 850
    Long Beach, CA 90802

[ X ]  (BY MAIL)

[   ]  I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed thereon with postage thereon fully prepaid.

[ X ]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, and the ordinary course of service is presumed invalid if the postal cancellation date os postage meter date is more than one day after date of deposit for mailing in affidavit.

[   ]  (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand to Defendant.

[ X ]  (VIA EMAIL) By faxing the entire document listed to:
    RBALDWIN@amarolawyers.com, jvillegas@amarolawyers.com

[   ]  (VIA FACSIMILE) By faxing the entire document listed to:

[   ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

  Executed on June 16, 2020, at Los Angeles, California 90010.

Declarant - Marina C. Ventura

1

**PROOF OF SERVICE**