**AMARO | BALDWIN LLP**
Michael L. Amaro, Esq. (Bar No. 109514)
Rudie D. Baldwin, Esq. (Bar No. 245218)
180 E. Ocean Blvd., Suite 850
Long Beach, California 90802
Telephone: (562) 912-4157
mamaro@amarolawyers.com
rbaldwin@amarolawyers.com
SPRO0004

Attorneys for Defendant,
SF MARKETS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HAMID MOTTAGHINEJAD,<br><br>    Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET, INC.; SF MARKETS, LLC; AND DOES 1-50 INCLUSIVE,<br><br>    Defendants. | CASE NO. 2:19-cv-05437 CJC (MRWx)<br><br>(Assigned to District Judge Cormac J. Carney (Courtroom 9B) and Magistrate Judge Michael R. Wilner)<br><br>**NOTICE OF SETTLEMENT AS TO ENTIRE ACTION**<br><br>Complaint Filed: April 24, 2019<br>Trial Date: September 15, 2020 |

Please take notice that the Parties have reached a full and complete settlement of all claims in this action. The parties will file a signed Stipulation of Settlement, requesting the Court to dismiss the instant action once closing documents have been exchanged for payment.

DATED: July 17, 2020         AMARO | BALDWIN LLP

                             By:_____
                                RUDIE D. BALDWIN, ESQ.
                                Attorneys for Defendant,
                                SF MARKETS, LLC

---

1
**NOTICE OF SETTLEMENT OF ENTIRE ACTION**

MOTTAGHINEJAD/NOTICE OF SETTLEMENT Mottaghinejad