# PROOF OF SERVICE
*Hamid Mottaghinejad v. Sprouts Farmers Market, Inc., et al.*
*Case No. 2:19-cv-05437 CJC (MRWx)*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to this action. My business address is 180 E. Ocean Boulevard, Suite 850, Long Beach, California 90802.

On July 17, 2020, I served the foregoing document described as **NOTICE OF SETTLEMENT AS TO ENTIRE ACTION** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

SEE ATTACHED SERVICE LIST

☐ **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Long Beach, California.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☐ **(By Personal Service)** I caused to be delivered by hand by _____ to the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Overnight Courier)** I served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☒ **(By ECF)** I hereby certify that I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants listed on the attached sheet.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 17, 2020, at Long Beach, California.

_____
MARTHA L. CASTRUITA

*Hamid Mottaghinejad v. Sprouts Farmers Market, Inc., et al.*
Case No. 2:19-cv-05437 CJC (MRWx)

SERVICE LIST

| | |
|---|---|
| David Azizi, Esq.<br>Arthur Djougourian, Esq.<br>LAW OFFICES OF DAVID AZIZI<br>3435 Wilshire Blvd. #1800<br>Los Angeles, CA 90010 | ***Attorneys for Plaintiff***<br><br>Telephone: (310) 284-9600<br>Fax: (888) 400-8944<br><br>FOR ELECTRONIC SERVICE MUST EMAIL <u>ALL</u> THE FOLLOWING:<br><br>Email: david@azizilawfirm.com<br>Email: Karen@azizilawfirm.com<br> jason@azizilawfirm.com;<br>marina@azizilawfirm.com;<br>ann@azizilawfirm.com;<br>scott@azizilawfirm.com |